UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17-CV-2449 (TJK) |
| v. | ) ) | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant moves for an extension of time to file its response to Plaintiff's complaint to February 5, 2018.

In support of the instant motion, Defendant states as follows:

1. On November 13, 2017, Plaintiff filed its complaint in this Freedom of Information Act case.  ECF No. 1.

2. Based on the date of service on the United States Attorney's Office, Defendant's response to the complaint is currently due by today, January 3, 2018.

3. The agency has advised that it needs additional time to prepare and review its response to the complaint.

4. In addition, undersigned counsel was out of the office from December 21st until yesterday, i.e., twelve days of the initial 30-day response period.

5. This is the first extension that Defendant has sought in this case.

6. There are no other deadlines in this case.  Thus, the requested extension will not impact any other deadline.

7.     This request for an extension is being made in good faith and not for purposes of delay.

8.     In accordance with Local Civil Rule 7(m), on January 3, 2018, the undersigned emailed Plaintiff's counsel to ask for their position on this motion.

9.     Plaintiff's counsel indicated in an email that Plaintiff opposes an extension of time to February 5, 2018.

WHEREFORE, Defendant respectfully requests that the Court extend the time for it to file its response to Plaintiff's complaint until February 5, 2018.   A proposed order is attached.

Dated:   January 3, 2018

                                                                      Respectfully submitted,

                                                                      JESSIE K. LIU, D.C. Bar # 472845
                                                                      United States Attorney

                                                                      DANIEL F. VAN HORN, D.C. Bar # 924092
                                                                      Chief, Civil Division

                                                                      By:   /s/ Marsha W. Yee                              
                                                                      MARSHA W. YEE
                                                                      Assistant United States Attorney
                                                                      Civil Division
                                                                      United States Attorney's Office
                                                                      555 4th Street, N.W.
                                                                      Washington, D.C. 20530
                                                                      Telephone:   (202) 252-2539
                                                                      Email:   Marsha.Yee@usdoj.gov

                                                                      *Counsel for Defendant*